UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK HACKNEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:22 CV 410 CDP |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to compel and for sanctions. After reviewing the briefing, I have determined that it is necessary to hold a hearing on the motion to address defendant's discovery responses – or lack thereof – with counsel, in person and on the record. No additional briefing is permitted, but I will require counsel to meet and confer, either in person or on the telephone, to see if any of these disputes can be resolved before the hearing as they are ones that can – and should – be resolved by counsel.

If, however, the motion is not fully resolved, the parties must file a joint statement no later than Thursday, October 12, 2023 which lists any disputes that have been resolved and any discovery that has been provided by defendant since the briefing was completed. Given plaintiff's withdrawal of his request for

sanctions [44 at 10], I will deny plaintiff's motion for sanctions without prejudice at this time.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold a **hearing** on plaintiff's motion to compel [35-1] on **Monday, October 16, 2023 at 1:00 p.m.** in Courtroom 16-South.

**IT IS FURTHER ORDERED** that the parties must file a joint statement no later than **Thursday, October 12, 2023** which lists any disputes that have been resolved and any discovery that has been provided by defendant since the briefing was completed.

**IT IS FURTHER ORDERED** that plaintiff's motion for sanctions [35-2] is denied without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2023.