UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK HACKNEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:22 CV 410 CDP |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Having reviewed the parties' extensive briefing,

**IT IS HEREBY ORDERED** that plaintiff's second motion for sanctions [50] is denied.

**IT IS FURTHER ORDERED** that the motion for extension of time [53] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2023.